UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT FINBAR BROWN, | CASE NO. C16-0626-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PEACEHEALTH ST. JOSEPH HOSPITAL, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for sanctions (Dkt. No. 37). Motions to shorten time have been abolished in this district. W.D. Wash. Local Civ. R. 6(b). The Clerk is DIRECTED to re-note Defendant's motion for sanctions (Dkt. No. 37) to March 8, 2019.

DATED this 20th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk